DAVID BURCHARD
CHAPTER 13 TRUSTEE
P.O. BOX 8059
FOSTER CITY, CA 94404
(650) 345-7801 FAX (650) 345-1514
(707) 544-5500  FAX (707)  544-0475

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br>    ROXANA BONDANZA<br>    2635 CENTER RD<br>    NOVATO, CA 94947<br><br>    ###-##-8593<br>                  Debtor(s). | Case No.: 10-1-2987 AJ13<br>Chapter 13<br><br>NOTICE BY DAVID BURCHARD, CHAPTER 13<br>TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES |

**341 MEETING OF CREDITORS:**
Date:     10/04/2010
Time:    11:00 AM
Place:   Office of the United States Trustee
          777 Sonoma Ave., First Floor, #116
          Santa Rosa, CA   95404

**CONFIRMATION HEARING:**
Date:     11/15/2010
Time:    1:30 PM
Place:   United States Bankruptcy Court
          99 South E Street
          Santa Rosa, CA   95404

DAVID BURCHARD, Chapter 13 Trustee in the above-entitled action, cannot recommend Confirmation of the Chapter 13 Plan proposed hereunder by Debtor(s) for the following reason(s).

1. Trustee requests a ***signed*** copy of Debtor's 2009 Federal Income Tax Return.

2. Paragraph 4C and 4D of the Debtor's plan indicate that the Debtor is currently in a loan modification with EMC Mortgage.  The Trustee requests that said loan modification is resolved prior to confirmation, or, the mortgage loan be current by payment or stipulation. The Trustee requests an amended plan.

3. Schedule I reflects income received of $650.00 a month from "Income from real property".  The Trustee requests verification of this said income.

PLEASE TAKE NOTICE that, without prior notice, at the above-referenced confirmation hearing date assigned to your Chapter 13 case, the Court may DISMISS the above-referenced case upon making a determination that Debtor(s) has/have not presented a feasible Plan, Debtor(s) has/have not made the required payments under the Plan, Debtor(s) has/have violated the statutory debt limitations set for a Chapter 13 case,  Debtor(s) has/have not filed this proceeding in good faith, Debtor(s) has/have not provided documents and/or Schedules and Plan as required under the Bankruptcy code, and/or Debtor(s) has/have not provided the Trustee with Payment Advices or Declarations.

Dated:  September 15, 2010                DAVID BURCHARD                                   
                                                               DAVID BURCHARD, Chapter 13 Trustee

Certificate of Mailing

I, DENIZ BRIDGMAN, the undersigned, certify that:

I am over the age of 18 years and not a party to this action. I am employed by the Trustee whose business address is 393 Vintage Park Drive, Suite #150, Foster City, CA. On the date set forth below, I served a copy of the NOTICE BY DAVID BURCHARD, CHAPTER 13 TRUSTEE, OF CHAPTER 13 PLAN DEFICIENCIES, and this Certificate of Mailing, on the persons listed below by following our ordinary business practice for service, which is either deposited in the ordinary course of business with the U.S. Postal Service by first class mail or served by electronic transmission from the Court, if applicable. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

ROXANA BONDANZA
2635 CENTER RD
NOVATO, CA 94947

EVAN LIVINGSTONE
LAW OFFICES OF EVAN LIVINGSTONE
740 FOURTH ST # 215
SANTA ROSA, CA 95404-0000

United States Trustee
235 Pine Street, Suite 700
San Francisco, CA  94104

Dated:  September 15, 2010                               DENIZ BRIDGMAN
                                                        DENIZ BRIDGMAN