**IN THE BANKRUPTCY COURT OF THE UNITED STATES
FOR THE NORTHERN DISTRICT OF CA**SANTA ROSA**

| | |
|---|---|
| IN THE MATTER OF: BONDANZA, ROXANA<br>SSN: ###-##-8593 | BANKRUPTCY CASE NO. 1012987<br>POC AMOUNT: $3,500.00<br>Claim #3 - Filed 9/20/2010 |

**NOTICE OF ASSIGNMENT OF CLAIM
AND
TRANSFEREE NOTICE OF TRANSFER
OF PAYMENTS**

Educational Credit Management Corporation (ECMC), the "Transferee", does hereby give notice to the Court that it has accepted assignment and transfer of the student loan(s) included in the claim for the above-referenced debtor from the CALIFORNIA STUDENT AID COMMISSION.

Please direct all future payments and correspondence as follows:

**Correspondence:**

ECMC
PO Box 75906
St. Paul, MN 55175

**Payments:**

ECMC
Lockbox 8682
P.O. Box 75848
St. Paul, MN 55175-0848

Pursuant to the attached Assignment from CALIFORNIA STUDENT AID COMMISSION, the Transferor, notification and hearing has been waived with respect to this Notice of Assignment of Claim to ECMC pursuant to Bankruptcy Rule 3001.

EDUCATIONAL CREDIT MANAGEMENT CORPORATION

By: /s/ Rieck, James
ECMC Representative

11/23/2010
Date

B10 (Official Form 10) (4/10)

| UNITED STATES BANKRUPTCY COURT __NORTHERN__ DISTRICT OF __CALIFORNIA__ () LOANS 1 | PROOF OF CLAIM |
|---|---|
| Name of Debtor roxana bondanza | Case Number: 10-12987 |

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A request for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

| Name of Creditor (The person or entity to whom the debtor owes money or property): Sallie Mae, Inc. on behalf of CSAC/California Student Aid Commission | ☐ Check this box to indicate that this claim amends a previously filed claim. |
|---|---|
| Name and address where notices should be sent: CSAC/EdFund P.O. Box 419041 Rancho Cordova, CA 95741-9041 Telephone No 916-526-7375 | Court Claim Number: _____ *(If known)* Filed on: _____ |
| Name and address where payment should be sent (if different from above): CSAC/EdFund P.O. Box 419041 Cordova, CA 95741-9041 Telephone No 916-526-7375 | ☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars. ☐ Check this box if you are the debtor or trustee in this case |

**1. Amount of Claim as of Date Case Filed:** $ 3500.00

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not complete item 4.

If all or part of your claim is entitled to priority, complete item 5.

☒ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of interest or charges.

**2. Basis for Claim:** Money loaned
(See instruction #2 on reverse side.)

**3. Last four digits of any number by which creditor identifies debtor:** 8593

**3a. Debtor may have scheduled account as:** _____
(See instruction #3a on reverse side.)

**4. Secured Claim** (See instruction #4 on reverse side.)
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the requested information.

Nature of property or right of setoff: ☐ Real Estate ☐ Motor Vehicle ☐ Other
Describe:

Value of Property:$ _____ Annual Interest Rate ____%

Amount of arrearage and other charges as of time case filed included in secured claim,

if any: $ _____ Basis for perfection: _____

Amount of Secured Claim: $ _____ Amount Unsecured: $ 3500.00

Plus Interest continuing to accrue @ _____ %APR( _____ per diem)

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this proof of claim.

**7. Documents:** Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agreements. You may also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security interest. You may also attach a summary. (*See instruction 7 and definition of "redacted" on reverse side.*)

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled to Priority under 11 U.S.C. §507(a). If any portion of your claim falls in one of the following categories, check the box and state the amount.**

Specify the priority of the claim.

☐ Domestic support obligations under 11 U.S.C. §507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (up to $11,725*) earned within 180 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier – 11 U.S.C. §507 (a)(4).

☐ Contributions to an employee benefit plan - 11 U.S.C. §507 (a)(5).

☐ Up to $2,600* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. §507 (a)(7).

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §507 (a)(8).

☐ Other – Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

**Amount entitled to priority:**

$ _____

*Amounts are subject to adjustment on 4/1/13 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

| Date: 20-Sep-10 | Signature: The person filing this claim must sign it. Sign and print name and title, if any, of the creditor or other person authorized to file this claim and state address and telephone number if different from the notice address above. Attach copy of power of attorney, if any. /s/Brenda Golembeski (570) 991-4359 | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

 

DATE: **November 2, 2010**      CYCLE:  10/30/2010

Tabitha McCloy-Chattard

Educational Credit Management Corporation
1 Imation Place, Building 2
Oakdale, MN 55128

Dear Tabitha:

In accord with the agreement of the transfer of all active assets, promissory notes, affected by active bankruptcy actions, I hereby on behalf of the California Student Aid Commission (CSAC) do render the following assignment:

**The California Student Aid Commission (CSAC) hereby assigns to the Educational Credit Management Corporation, Inc. (ECMC) its rights, title, and interest in those student loans listed in the enclosure to this letter.**

**The California Student Aid Commission (CSAC) hereby specifically waives notification and any hearing with respect to the assignment of claim by ECMC pursuant to Bankruptcy Rule 3001.**

Sincerely,

Tracy Roberts,
Manager, Claim Adjudication Unit
EdFund

For ECMC Internal use only