WILLIAM G. MALCOLM, #129271
MALCOLM ♦ CISNEROS, A Law Corporation
2112 Business Center Drive, Second Floor
Irvine, California 92612
(949) 252-9400 Telephone
(949) 252-1032 Fax

**Attorneys for Secured Creditor,
EMC MORTGAGE CORPORATION**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
## SANTA ROSA DIVISION

| | |
|---|---|
| In re:<br><br>ROXANA BONDANZA<br><br>Debtor. | Bankruptcy Case No. 10-12987<br><br>Chapter 13<br><br>**OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN**<br><br>MEETING OF CREDITORS:<br>DATE: January 26, 2011<br>TIME: 1:30 PM<br>PLACE: Santa Rosa Courtroom-Jaroslovsky |

TO THE HONORABLE ALAN JAROSLOVSKY, UNITED STATES BANKRUPTCY COURT JUDGE, THE CHAPTER 13 TRUSTEE, THE DEBTOR'S COUNSEL AND THE DEBTOR:

EMC Mortgage Corporation ("EMC") as servicer for Citibank, N.A. as Trustee for certificate holders of Structured Asset Mortgage Investments II Trust 2007-AR5, Mortgage Pass-Through Certificates, hereby objects to confirmation of the Debtor's Chapter 13 Plan.

Citibank is the holder of a claim secured only by a security interest in real property commonly known as 2635 Center Rd., Novato, California, which is the Debtor's principal residence. The total amount that is due and owing under the Promissory Note is approximately $514,942.01 and the pre-petition arrearage owed is approximately $28,066.58. EMC objects to the Debtor's Plan on the following grounds:

The Debtor's Plan does not provide for the pre-petition arrearages owed to EMC. The

Objection to Confirmation of Plan - 1 -

Case: 10-12987    Doc# 27    Filed: 01/19/11    Entered: 01/19/11 15:15:23    Page 1 of 3

Debtor's Plan also fails to provide that post-petition monthly mortgage payments are to be tendered to EMC by the Debtor outside the Plan. Since the Plan does not propose to pay the claim in full, the Debtor's Plan is not feasible and does not satisfy 11 U.S.C. §1322(b)(5) or §1325

As EMC's claim is secured only by a security interest in Debtor's principal residence the claim may not be modified pursuant to §1322(b)(2).

Based on the foregoing, EMC respectfully requests that the Court deny confirmation on the Debtor's Chapter 13 Plan or order that the Chapter 13 Plan be amended to provide for payments of EMC's pre-petition arrearages and post-petition monthly mortgage payments.

DATED: January 19, 2011        Respectfully Submitted,

MALCOLM CISNEROS, A Law Corporation

*/s/William G. Malcolm*
WILLIAM G. MALCOLM
Attorney for Secured Creditor,
**EMC MORTGAGE CORPORATION**

# PROOF OF SERVICE

STATE OF CALIFORNIA ) 
 ) ss.
COUNTY OF ORANGE )

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action; my business address is: 2112 Business Center Drive, Second Floor, Irvine, California, 92612.

On January 19, 2011, I served the following document described as **OBJECTION TO CONFIRMATION OF CHAPTER 13 PLAN** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid in the United States mail at Irvine, California **(and via telecopy or overnight mail where indicated)**, addressed as follows:

>Roxana Bondanza
>2635 Center Rd.
>Novato, CA 94947
>
>Evan Livingstone
>Law Offices of Evan Livingstone
>740 Fourth St. #215
>Santa Rosa, CA 95404
>
>David Burchard
>393 Vintage Park Drive Suite 150
>Foster City, CA 94404

I declare under penalty of perjury that the foregoing is true and correct.
Executed on January 19, 2011, at Irvine, California.

/s/*Lorena Farias*
LORENA FARIAS